UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA ANN MILEY,<br><br>                    Petitioner,<br><br>    v.<br><br>JANE PARNELL,<br><br>                    Respondent. | Case No. C06-1512-MJP<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |

The Court, having reviewed petitioner's second amended petition for writ of habeas corpus, the briefing of the parties, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's second amended petition for writ of habeas corpus (Dkt. No. 59) is DENIED and this action is DISMISSED with prejudice.

(3)    In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

ORDER DENYING PETITION FOR WRIT
OF HABEAS CORPUS - 1

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable James P. Donohue.

DATED this 13th day of February, 2012.

Marsha J. Pechman
United States District Judge

ORDER DENYING PETITION FOR WRIT
OF HABEAS CORPUS - 2